IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **11-cv-00922-AP**

**DEREK WARD MANS,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Patrick C.H. Spencer, II | John F. Walsh |
| 830 Tenderfoot Hill Road, Suite 230 | |
| Colorado Springs, CO 80906 | United States Attorney |
| (719) 632-4808 | Kevin T. Traskos |
| patrick@2spencers.com | Deputy Civil Chief |
| | United States Attorney's Office |
| | District of Colorado |
| | |
| | William G. Pharo |
| | United States Attorney Office |
| | District of Colorado |
| | |
| | Michael Howard |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 17th St. |
| | Denver, Colorado 80202 |
| | (303) 844-7192 |
| | Michael.howard@ssa.gov |

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

A. Date Complaint was filed: April 6, 2011

B. Date Complaint was served on U.S. Attorney's Office: April 11, 2011

C. Date Answer and Administrative Record were filed: June 10, 2011

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that, to the best of their knowledge, the administrative record is complete.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not intend to submit additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

8. BRIEFING SCHEDULE

The parties respectfully request the following briefing schedule

A. Plaintiff's opening brief due: **August 9, 2011**

B. Defendant's response brief due: **September 8, 2011**

C. Plaintiff's reply brief (if any) due: **September 23, 2011**

9. STATEMENTS REGARDING ORAL ARGUMENT

    A. Plaintiff does not request oral argument.
    B. Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 6th day of July, 2011.

                                BY THE COURT:

                                *s/John L. Kane*
                                U.S. DISTRICT COURT JUDGE

APPROVED:

/s/ Patrick C.H. Spencer, II
Patrick C.H. Spencer, II
830 Tenderfoot Hill Road, Suite 230
Colorado Springs, CO 80906
(719) 632-4808
patrick@2spencers.com

John F. Walsh
United States Attorney

Kevin T. Traskos
Deputy Civil Chief
United States Attorney's Office
District of Colorado

William G. Pharo
United States Attorney Office
District of Colorado

/s/ Michael S. Howard
Michael Howard
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th St.
Denver, Colorado 80202
(303) 844-7192
Michael.howard@ssa.gov